IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERONICA ESCAMILLA INDIVIDUALLY AND OBO JESSE ESCAMILLA III, DECEASED, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:23-cv-00122 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant The Lincoln National Life Insurance Company ("Lincoln")[1] hereby removes the Petition filed by Plaintiff Veronica Escamilla ("Plaintiff") in the County Court at Law No. 4, Nueces County, Texas as follows:

## FACTUAL BACKGROUND

On March 27, 2023, Plaintiff filed a petition in an action entitled *Veronica Escamilla v. Liberty Life Assurance Company of Boston,* in the County Court at Law No. 4 of Nueces County, Texas; Case No. 2023CCV-60399-4 (the "State Action"). The State Court Register of Actions for the State Action is attached hereto as Exhibit 1, and copies of Plaintiff's Original Petition, First Amended Petition, any other pleadings or orders on file in this action, and all documents required by Local Rule 81 are attached hereto as Exhibit 2. Lincoln was served with process in the State Action through certified mail on April 13, 2023, and this Notice of Removal is timely

---

[1] Incorrectly named in the State Action Petition as "Liberty Life Assurance Company of Boston." The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston (formerly known as Liberty Life Assurance Company of Boston), and Lincoln Life Assurance Company of Boston was the issuer of the relevant life insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct name of the Defendant in this action.

**DEFENDANT'S NOTICE OF REMOVAL**      Page 1

filed pursuant to 28 U.S.C. § 1446(b). Plaintiff requested a jury in the state court action. Defendant denies that trial by jury is available under ERISA. Defendant has not served any answer or responsive pleading to the Petition, nor made any appearance or argument before the State Court.

## GROUNDS FOR REMOVAL

This action is removed to this Court pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship and the amount in controversy is more than $75,000, rendering this action under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1332 and removable to this Court under 28 U.S.C. § 1441. Specifically, Lincoln is incorporated in Indiana and has its principal place of business in Radnor, Pennsylvania. Plaintiff, as alleged in the Petition, is domiciled and resides in Nueces County, Texas.[2] Plaintiff is seeking to recover life insurance benefits allegedly due under a group life insurance plan,[3] along with other damages.[4] Based on the foregoing allegations, Plaintiff also seeks recovery for "actual damages" along with "mental anguish, court costs, and attorney's fees." Further, Plaintiff also "asks for three times her actual damages."[5] and seeks "monetary relief over $250,000."[6] Accordingly, the amount in controversy is more than $75,000, as by the action.

As an alternative grounds for removal, removal to this Court is proper pursuant to 28 U.S.C. § 1331, as this action involves claims that relate to the laws of the United States. Specifically, Plaintiff asserts claims for benefits allegedly due under a group life insurance policy ("Policy")[7] issued by Lincoln to CHRISTUS Health ("CHRISTUS"). Lincoln issued the Policy pursuant to the CHRISTUS Health Group Life Plan (the "Plan"), which provides certain life

---

[2] Plaintiff's Amended Petition at ¶ 2.
[3] Plaintiff's Amended Petition at ¶¶ 9-10.
[4] Plaintiff's Amended Petition at ¶¶ 28-33.
[5] Plaintiff's Amended Petition at ¶ 30.
[6] Plaintiff's Amended Petition at the "PRAYER."
[7] Plaintiff's Amended Petition at ¶¶ 7-10.

**DEFENDANT'S NOTICE OF REMOVAL**                                                           Page 2

benefits to employees of CHRISTUS. Although a copy of the Policy was not attached to Plaintiff's Petition, Plaintiff specifically makes numerous references in her Petition to the Policy.[8] Accordingly, a true and correct copy of the Policy is attached hereto as Exhibit 3. The Plan, of which the Policy is a part, is an employee welfare benefits plan as defined by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq.[9] ERISA applies to any "employee benefit plan" if the plan is established or maintained by an employer or employee organization engaged in commerce or in any industry or activity affecting commerce. 29 U.S.C. § 1003. An "employee benefit plan" is defined as an employee welfare benefit plan or an employee pension benefit plan. 29 U.S.C. § 1002(3). A plan is a welfare benefit plan if it "was <u>established or is maintained</u> for the purpose of providing for its participants or their beneficiaries, <u>through the purchase of insurance</u> or otherwise, . . . benefits in the event of sickness, accident, disability, <u>death</u> or unemployment." 29 U.S.C. § 1002(1) (references to other types of employer-provided benefits qualifying as ERISA plans omitted) (emphasis added).

As noted above, Plaintiff is seeking to recover life benefits (along with other damages) from the Plan under the Policy,[10] in which her spouse was a participant by virtue of Plaintiff's employment with CHRISTUS. Although, Plaintiff asserts in her Petition that her claims are brought under Texas law,"[11] the benefits sought by Plaintiff in the State Action are sought from the Plan under the Policy. Therefore, the Plan and an action for benefits from the Plan are governed by ERISA. The Court's analysis of Plaintiff's causes of action will necessarily require interpretation of this ERISA Plan, specifically, the Policy and the SPD. Because the preemptive force of ERISA is so powerful that it completely displaces any state law cause of action,

---

8   Plaintiff's Amended Petition at ¶¶ 7-9, 14, 17-18, 28, and 30.
9   Policy at page 4, attached as Exhibit B.
10  Plaintiff's Amended Petition at ¶¶ 28.
11  Plaintiff's Amended Petition at ¶¶ 12, 15-24, 30, and 31.

**DEFENDANT'S NOTICE OF REMOVAL**                                                                                              Page 3

Plaintiff's causes of action will be "recharacterized" as a federal claim under ERISA. Plaintiff's causes of action in the State Action are completely preempted by ERISA, as 29 U.S.C. § 1132 governs actions under ERISA and provides exclusive remedies for claims under an ERISA-regulated plan. *See also Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987); *Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987). Accordingly, removal to this Court is also proper pursuant to 28 U.S.C. § 1441(a) as it is under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

Plaintiff requested a jury in the state court action. Defendant denies that trial by jury is available under ERISA.

Concurrent with the filing of this Notice of Removal, Defendant has filed a Notice of Filing of Notice of Removal with the Court in the State Action.

The following is a list of counsel of record:

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

Counsel for Defendant The Lincoln National Life Insurance Company


David M. Anderson
Stephen P. Carrigan
CARRIGAN & ANDERSON, PLLC
101 N. Shoreline Blvd., Ste 420
Corpus Christi, TX 78401
PH:  (361) 884-4433
FX:  (361) 884-4434
Email:  danderson@ccatriallaw.com
Email:  scarrigan@ccatriallaw.com

Counsel for Plaintiff Veronica Escamilla

Respectfully submitted,

By:    /s/ Iwana Rademaekers
      Iwana Rademaekers, Attorney in Charge
      State Bar of Texas No. 16452560
      S.D. of Texas No. 22781
      LAW OFFICES OF IWANA
      RADEMAEKERS, P.C.
      17304 Preston Road, Suite 800
      Dallas, Texas 75252
      Main: (214) 579-9319
      Fax: (469) 444-6456
      Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

I further certify that a true and correct copy of the foregoing pleading was served on all other parties by forwarding a copy via electronic mail to the following counsel of record:

    Davi M. Anderson
    Email: danderson@ccatriallaw.com

    Stephen P. Carrigan
    Email: scarrigan@ccatriallaw.com

 May 8, 2023                            /s/ Iwana Rademaekers
Date                                      Iwana Rademaekers

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| VERONICA ESCAMILLA INDIVIDUALLY AND OBO JESSE ESCAMILLA III, DECEASED,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:23-cv-00122 |

## **DEFENDANT'S INDEX OF DOCUMENTS FOR REMOVAL**

Exhibit 1　　State Court Register of Actions

Exhibit 2　　Documents served or filed in the state court action:

- Plaintiff's Original Petition and Citation
- Request for Service
- Plaintiff's First Amended Petition
- Request for Service

Exhibit 3　　Group Life Insurance Policy