United States District Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERONICA ESCAMILLA, *et al.* | § § § | |
| Plaintiffs, | § § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00122 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice, (D.E. 11), which the Court construes as a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint stipulation of dismissal with prejudice, and which the Court hereby deems effective. (D.E. 11); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
      May 17, 2024